**UNITED STATES of America, Appellee,**

v.

**Titus PARKS, Appellant.**

No. 06–4170.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 24, 2007.

Filed: Oct. 12, 2007.

Kenneth P. Elser, Assistant U.S. Attorney, U.S. Attorney's Office, Fort Smith, AR, for Appellee.

James Pierce, Assistant Federal Public Defender, Federal Public Defender's Office, Fayetteville, AR, Omar Greene, Assistant Federal Public Defender, Little Rock, AR, for Appellant.

Titus Parks, Fort Smith, AR, pro se.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Titus Parks appeals the 151–month prison sentence imposed by the district court [1] following his guilty plea to distributing a mixture or substance containing cocaine base (crack cocaine). Citing *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), Parks challenges (1) the 100:1 quantity ratio used for sentencing crack-cocaine versus powder-cocaine offenders, and (2) mandatory minimum sentences in drug cases. Upon review, we hold that Parks's appeal is without merit. *See, e.g., United States v. Castro–Higuero,* 473 F.3d 880, 888 (8th Cir.2007) (rejecting argument that *Booker* made mandatory minimum sentences unconstitutional); *United States v. Spears,* 469 F.3d 1166, 1176 (8th Cir.2006) (en banc) ("[N]either *Booker* nor § 3553(a) authorizes district courts to reject the 100:1 quantity ratio and use a different ratio in sentencing defendants for crack cocaine offenses.").

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.